## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

                     Case Number BKY 09-46554-NCD

Russell J. Adamski and Paula C. Adamski
  Debtors

## ORDER FOR RELIEF FROM STAY

  This case is before the court on the motion of JPMorgan Chase Bank, National Association seeking relief from the automatic stay. Based on all the files and records herein;

**IT IS HEREBY ORDERED,**

  That the automatic stay heretofore entered in this case is modified to the extent necessary to allow JPMorgan Chase Bank, National Association, its successors and/or assigns, to foreclose the mortgage on the real property, in accordance with state law, commonly known as:

  Lot 1, Block 2, Hidden Pines, in Sherburne County, Minnesota

  **NOTWITHSTANDING** Federal Rule of Bankruptcy Procedure 4001 (a) (3), this order is effective immediately.

Dated:   January 7, 2010

                      BY THE COURT:

                      /e/ Nancy C. Dreher
                      Chief Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/07/2010*
Lori Vosejpka, Clerk, by KK